```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 01769
   RAMONA M SLATER
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0681

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 01/28/2008 and was not confirmed.

    The case was dismissed without confirmation 03/24/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
WELLS FARGO BANK           NOTICE ONLY     NOT FILED              .00            .00
NATIONAL AUTO FIN          SECURED NOT I    17872.98              .00            .00
WELLS FARGO HOME MORTGAG   CURRENT MORTG         .00              .00            .00
WELLS FARGO HOME MORTGAG   SECURED NOT I    19153.47              .00            .00
MIDLAND CREDIT MANAGEMEN   UNSECURED          257.05              .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          810.58              .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         1832.82              .00            .00
SECOND START               DEBTOR ATTY          .00                              .00
TOM VAUGHN                 TRUSTEE                                               .00
DEBTOR REFUND              REFUND                                                .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                       ---------------         ---------------
TOTALS                        .00                     .00




                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 01769 RAMONA M SLATER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 06/25/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```